PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
FHAC.241-4254A.NF

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In re                                                                                    Bk. No. 17-69268-pmb

Carolyn Elaine Miller
Aka Carolyn E Miller,                                                     Chapter 13

      Debtor.
_____/

### REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Bank of America, N.A., its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 749 Georgetown Lane, Jonesboro, Georgia 30236 (Loan No. XXXX3407), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: November 13, 2017                    By /s/ Dean R. Prober
                                                     DEAN R. PROBER, ESQ., CA BAR # 106207
                                                     As Agent for Claimant

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 11/15/17, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Carolyn Elaine Miller
749 Georgtown Lane
Jonesboro, GA 30236
Debtor

E.L. Clark, Esquire
Clark & Washington, PC
3300 Northeast Expwy., Bldg. 3
Atlanta, GA 30341
Attorney for Debtor

Melissa J. Davey
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 11/15/17, at Woodland Hills, California.

<u>/s/ Roger Soria</u>

2