UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING HELD ON JANUARY 18, 2018**

CASE NO.:  17-69268-PMB

DEBTOR:    CAROLYN E. MILLER

**TRUSTEE TO REPORT BACK IN 10 DAYS**

WHETHER DEBTOR'S PLAN PAYMENTS ARE CURRENT.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

DEBTOR'S PLAN PAYMENTS REMAIN DELINQUENT.

PLEASE ENTER AN ORDER OF DISMISSAL.

February 7, 2018

```
                          _____/s/_____
                          Jason L. Rogers, Attorney for the
                          Chapter 13 Trustee
                          GA Bar No.  142575
```

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

17-69268-PMB

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR:

Carolyn Elaine Miller
749 Georgtown Lane
Jonesboro, GA 30236

ATTORNEY FOR DEBTOR:

Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This __7th_____ day of February, 2018.


_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No.  142575




Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444